**Gerald P. Schneeweis, State Bar No. 101331**
**Mark Angert. State Bar No. 238996**
**MORRIS POLICH & PURDY LLP**
501 West Broadway, Suite 500
San Diego, California 92101
Telephone: (619) 557-0404
Facsimile: (619) 557-0460
E-mail: gschneeweis@mpplaw.com
E-mail: mangert@mpplaw.com

**Lee I. Petersil, Esq. State Bar No. 137262**
**MORRIS POLICH & PURDY LLP**
1055 West Seventh Street, 24th Floor
Los Angeles, California 90017
Telephone: (213) 891-9100
Facsimile: (213) 488-1178
E-mail: lpetersil@mpplaw.com

Attorneys for Defendant

THE HORTICULTURE AND FOOD RESEARCH INSTITUTE OF NEW ZEALAND LIMITED

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

J.A. FISCHER & JOAN C. FISCHER; JOHN & KAREN YOHANNES; GLEN & JOHANNA WEERHEIM; SAM & SUZANNE ETCHEGARAY; SAM ETCHEGARAY; SAM CROOKSHANKS; DOUG PHILLIPS; FAMOSO GOLD RANCH, LLC; KIWI GOLD CALIFORNIA, LLC; ETCHEGARAY FARMS, LLC; TRIPLE S LAMB FEEDING, CO, LLC;

Plaintiffs,

vs.

ZESPRI FRESH PRODUCE NORTH AMERICA, INC., a Washington Corporation; ZESPRI INTERNATIONAL, LIMITED, Business form unknown; ZESPRI GROUP LIMITED, Business

Case No. CV07-5729 ODW (CTx)

**JUDGMENT**

DATE: May 4, 2009
TIME: 1:30 p.m.
CTRM: 11
Honorable Otis D. Wright II
U.S. District Court Judge

form unknown; NEW ZEALAND FRUIT MARKETING, Business form unknown; ZESPRI FRESH PRODUCE, a California Corporation; ZFP a California Corporation; ZESPRI NORTH AMERICA, a California Corp.; The HORTICULTURE AND FOOD RESEARCH INSTITUTE OF NEW ZEALAND, LTD, Business form unknown; and DOES 1-50, inclusive,

Defendants.

On May 4, 2009, a Motion for Summary Judgment filed by defendant The Horticulture and Food Research Institute of New Zealand Limited ("HortResearch") came on for hearing before this Court, the Honorable Otis D. Wright II, United States District Court Judge, presiding. Similar Motions for Summary Judgment filed by defendants Zespri Fresh Produce North America, Inc., Zespri Group Limited and Zespri International Limited were also before the Court. In addition, the Court entertained plaintiffs' Motion to Amend the Complaint.

Having carefully reviewed and considered all of the evidence proffered by the parties, as well as the briefing and argument of counsel, the issues having been duly heard and a decision having been duly rendered as set forth in the Court's May 11, 2009 Order [at Docket 99] (the "Court's Order"),

HortResearch's motion for summary judgment is GRANTED. Plaintiffs' Motion for Leave to Amend the Complaint is DENIED.

Accordingly, IT IS ORDERED AND ADJUDGED that Judgment is entered in favor of HortResearch and against plaintiffs J. A. Fischer & Joan C. Fischer; John & Karen Yohannes; Glen & Johanna Weerheim; Sam Etchegaray; Sam Crookshanks; Doug Phillips; Famoso Gold Ranch, LLC; and Kiwi Gold California, LLC (collectively

"plaintiffs") on all claims, that plaintiffs shall take nothing from the HortResearch Defendant. The Court's Findings of Fact and Conclusions of Law are stated in the Court's Order and are incorporated by reference as if fully set forth herein.

Costs are awarded to defendant HortResearch in the amount of $____TBD______, jointly and severally, against each and every plaintiff..

**IT IS SO ORDERED.**

Dated: May 18, 2009

Honorable Otis D. Wright II
United States District Court Judge
Central District of California