| | |
|---|---|
| 1 | JEFFREY W. KRAMER (SBN 71547) |
| 2 | ARVIN TSENG (SBN 245648)<br>TROYGOULD PC |
| 3 | 1801 Century Park East, 16th Floor<br>Los Angeles, California 90067-2367 |
| 4 | Telephone: (310) 553-4441 |
| 5 | Facsimile:  (310) 201-4746<br>E-mail:    jkramer@troygould.com |

**JS-6**

Attorneys for Defendants
Zespri Fresh Produce North America, Inc.,
Zespri Group Limited, and Zespri International Limited

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.A. FISCHER & JOAN C. FISCHER; JOHN & KAREN YOHANNES; GLEN & JOHANNA WEERHEIM; SAM & SUZANNE ETCHEGARAY; SAM ETCHEGARAY; SAM CROOKSHANKS; DOUG PHILLIPS; FAMOSO GOLD RANCH, LLC; KIWI GOLD CALIFORNIA, LLC; ETCHEGARAY FARMS, LLC; TRIPLE S LAMB FEEDING, CO, LLC;<br><br>            Plaintiffs,<br><br>    vs.<br><br>ZESPRI FRESH PRODUCE NORTH AMERICA, INC., a Washington Corporation; ZESPRI INTERNATIONAL, LIMITED, Business form unknown; ZESPRI GROUP LIMITED, Business form unknown; NEW ZEALAND FRUIT MARKETING, Business form unknown; ZESPRI FRESH PRODUCE, a California Corporation; ZFP a California Corporation; ZESPRI NORTH AMERICA, a California Corporation; The HORTICULTURE AND FOOD RESEARCH INSTITUTE OF NEW ZEALAND, LTD, Business form unknown; and DOES 1-50, inclusive<br><br>            Defendants. | Case No. CV 07-5729 ODW (CTx)<br><br>JUDGMENT IN FAVOR OF DEFENDANTS ZESPRI FRESH PRODUCE NORTH AMERICA, INC., ZESPRI GROUP LIMITED, AND ZESPRI INTERNATIONAL LIMITED |

**TroyGould PC**

JUDGMENT

01551/0024 188922.2

# JUDGMENT

The Motion for Summary Judgment or Partial Summary Judgment of Plaintiffs' Claims Against Defendants Zespri Fresh Produce North America, Inc., Zespri Group Limited, and Zespri International Limited (collectively, the "Zespri Defendants") came before this Court on May 4, 2009. Joseph A. Uremovic and Thomas G. Stolpman appeared on behalf of plaintiffs, Jeffrey W. Kramer and Arvin Tseng appeared on behalf of the Zespri Defendants, and Gerald P. Schneeweis appeared on behalf of The Horticulture and Food Research Institute of New Zealand Limited ("HortResearch").

The Court, having considered the arguments and evidence presented in support of and in opposition to the Motion, and having issued its May 11, 2009 Order Granting Zespri Defendants' Motion for Summary Judgment; Granting HortResearch's Motion for Summary Judgment; Denying Plaintiffs' Motion to Dismiss; and Denying Plaintiffs' Motion to Amend the Complaint—which findings of fact and conclusions of law are incorporated by reference as if fully set forth herein—hereby grants judgment as follows:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendants Zespri Fresh Produce North America, Inc., Zespri Group Limited, and Zespri International Limited each shall have judgment in its favor against plaintiffs J. A. Fischer & Joan C. Fischer; John & Karen Yohannes; Glen & Johanna Weerheim; Sam Etchegaray; Sam Crookshanks; Doug Phillips; Famoso Gold Ranch, LLC; and Kiwi Gold California, LLC (collectively "plaintiffs") on all claims, that plaintiffs shall take nothing from the Zespri Defendants, and that the status of the Zespri Defendants as prevailing parties for purposes of entitlement to attorneys' fees as a component of awardable costs shall be fully considered on a separately noticed motion for fees and costs.

DATED: May 18, 2009

_____
The Honorable Otis D. Wright
United States District Judge

**TroyGould PC**