# United States District Court
# Central District of California

| | |
|---|---|
| J.A. FISCHER & JOAN C. FISCHER; JOHN & KAREN YOHANNES; GLEN & JOHANNA WEERHEIM; SAM & SUZANNE ETCHEGARAY; SAM ETCHEGARAY; SAM CROOKSHANKS; DOUGH PHILLIPS; FAMOSO GOLD RANCH, LLC; KIWI GOLD CALIFORNIA, LLC; TRIPLE S LAMB FEEDING, CO, LLC;<br>        Plaintiffs,<br>   v.<br><br>ZESPRI FRESH PRODUCE NORTH AMERICA, INC.; ZESPRI INTERNATIONAL LIMITED; ZESPRI GROUP LIMITED; NEW ZEALAND FRUIT MARKETING; ZESPRI FRESH PRODUCE; ZFP; ZESPRI NORTH AMERICA; THE HORTICULTURE AND FOOD RESEARCH INSTITUTE OF NEW ZEALAND, LTD;<br>        Defendants. | Case No. 2:07-cv-5729-ODW (CTx)<br><br>**AMENDED JUDGMENT IN FAVOR OF DEFENDANT HORTICULTRUE AND FOOD RESEARCH INSTITUTE OF NEW ZEALAND** |

In light of the Court's January 31, 2014 Order Awarding Attorneys' Fees and Costs (ECF No. 200), the Court hereby **AMENDS** the Final Judgment in favor of Defendant Horticulture and Food Research Institute as follows:

1. Judgment for Defendant Horticulture and Food Research Institute and against Plaintiffs J.A. Fischer & Joan C. Fischer; John & Karen Yohannes; Glenn & Johanna Weerheim; Sam & Suzanne Etchegaray; Sam Etchegaray; Sam Crookshanks; Doug Phillips; Famoso Gold Ranch, LLC; Kiwi Gold California, LLC; Etchegaray Farms, LLC; and Triple S Lamb Feeding Co., LLC.

2. Plaintiffs are also jointly and severally liable for the sum of $864,385.59 in attorneys' fees and costs as set forth in this Court's January 31, 2014 Order. (ECF No. 200.)

**IT IS SO ORDERED.**

February 18, 2014

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**